IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONALD T. CLARK,

    Plaintiff,

v.                                            No. 07-2054 B

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

_____

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE AND REMANDING CASE TO THE ALJ
_____

        This cause is before the Court in connection with the report and recommendation of the magistrate judge regarding the appeal of denial of disability benefits filed by the Plaintiff, Ronald T. Clark. The magistrate judge's report and recommendation was filed on February 12, 2008. The magistrate judge recommended that this Court reverse the decision of the administrative law judge (the "ALJ") and remand the matter directing the ALJ to fully consider whether the Plaintiff's nonexertional limitations are severe enough to prevent him from performing the full range of unskilled light work. According to the court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.

        It is therefore ORDERED that the magistrate judge's report and recommendation filed February 12, 2008 is hereby ADOPTED and this case is REMANDED to the ALJ for further

proceedings consistent with the report and recommendation.

IT IS SO ORDERED this 26th day of February, 2008.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE